# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BAILEY, <br><br> Plaintiff, <br><br> v. <br><br> RIVERSIDE SHERIFF, et al., <br><br> Defendants. | Case No. 14-cv-04198-WHO (PR) <br><br> **ORDER OF DISMISSAL** |

Plaintiff Larry Bailey has failed to comply with the Court's order to (1) file a complete application to proceed *in forma pauperis* ("IFP"), or (2) pay the full filing fee of $400.00. The IFP application is incomplete because it does not contain a Certificate of Funds completed and signed by an authorized prison officer. Bailey also has failed to file a complaint. Accordingly, the action is DISMISSED without prejudice for failing to respond to the Court's order, and for failure to prosecute, *see* Fed. R. Civ. P. 41(b). Because this dismissal is without prejudice, Bailey may move to reopen the action. Any such motion **must** contain (1) a complaint, **and** (2) a Certificate of Funds completed and signed by an authorized prison officer, **or** full payment for the $400.00 filing fee. The Clerk shall enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED.**

**Dated:** November 12, 2014

_____
WILLIAM H. ORRICK
United States District Judge