UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BAILEY,<br><br>      Plaintiff,<br><br>    v.<br><br>RIVERSIDE SHERIFFS, et al.,<br><br>      Defendants. | Case No. 14-cv-04198-WHO (PR)<br><br>**ORDER REOPENING ACTION;**<br><br>**ORDER OF TRANSFER** |

      This federal civil rights action was dismissed because plaintiff Larry Bailey failed to comply with the Court's instructions to file a complaint and a complete *in forma pauperis* application. Bailey has since filed a complaint. Accordingly, the action is REOPENED, and the Clerk shall modify the docket to reflect this. The judgment (Docket No. 7) and the order of dismissal (Docket No. 6) are VACATED.

      Bailey alleges claims against defendants who reside in Riverside and Los Angeles Counties, both of which are in the Central District. Accordingly, this action is TRANSFERRED to the Central District of California, wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred and the defendants named reside therein. *See* 28 U.S.C. §§ 84(c), 1391(b), and 1406(a). The Clerk shall transfer this action forthwith.

      **IT IS SO ORDERED.**

**Dated:** November 17, 2014

_____
WILLIAM H. ORRICK
United States District Judge